FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL A. JONES,

               Applicant,

  v.

WILLIAM HUTCHINGS,

            Respondent.

No. 23-1631

ORDER

Before:     S.R. THOMAS, McKEOWN, and HURWITZ, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is denied as unnecessary. Because it appears that the applicant has not had a prior § 2254 habeas petition adjudicated on the merits, the applicant may file a § 2254 habeas petition without obtaining prior authorization.

We express no opinion as to the merits of the applicant's claims or whether the procedural requirements of 28 U.S.C. §§ 2244(d) and 2254 are satisfied.

The Clerk will transfer the proposed § 2254 petition filed at Docket Entry No. 1 to the United States District Court for the District of Nevada. The proposed petition is deemed filed in the district court on July 25, 2023, the date on which the application was signed. *See Butler v. Long*, 752 F.3d 1177, 1178 n.1 (9th Cir. 2014) (assuming petitioner turned his petition over to prison authorities on the day

it was signed and applying the mailbox rule); *see also Orona v. United States*, 826 F.3d 1196, 1198-99 (9th Cir. 2016) (AEDPA's statute of limitations period is tolled during pendency of an application).

Upon transfer of the proposed petition, the Clerk will close this original action.

Because the proposed petition is being transferred to the district court, we take no action on any pending motions.

No further filings will be entertained in this case.

**DENIED AS UNNECESSARY; PROPOSED PETITION TRANSFERRED to the district court.**

23-1631

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUL 3 1 2023

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

FILED
DOCKETED _____ DATE _____ INITIAL

## Form 12. Application for Leave to File Second or Successive Petition under 28 U.S.C. § 2254 or Motion under 28 U.S.C. § 2255

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form12instructions.pdf*

9th Cir. Case Number *(to be provided by court)* _____

Applicant Name MICHAEL JONES

Prisoner Registration Number 93343

Address S.D.C.C, PO BOX 208, LV, NV, 89070

_____

Name of Respondent (Warden) Gabriella Najera

**You MUST answer the following questions:**

(1) What conviction(s) are you challenging?

SECOND DEGREE MURDER WITH THE USE OF DEADLY WEAPON

(2) In what court(s) were you convicted of these crime(s)?

DEPARTMENT V, EIGHTH JUDICIAL DISTRICT

_____

(3) What was the date of each of your conviction(s) and what is the length of each sentence?

9-26-2006. LIFE WITH THE MINIMUM PAROLE Eligibility OF TEN (10) year plus Equal and CONSECUTIVE enhancement

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**For questions (4) through (10), provide information separately for each of your previous §§ 2254 or 2255 proceedings. Use additional pages if necessary.**

(4) Has the judgment of your conviction or sentence been modified or amended? If yes, when and by what court?

NO

(5) With respect to **each** conviction and sentence, have you ever filed a petition or motion for habeas corpus relief in federal court under **28 U.S.C. § 2254 or § 2255**?

Yes ☐   No ☒

    (a) In which federal district court did you file a petition or motion?

    N/A

    (b) What was the docket number?

    N/A

    (c) On what date did you file the petition/motion?

    N/A

(6) What grounds were raised in your previous habeas proceeding?
*(list all grounds and issues previously raised in that petition/ motion)*

NONE

(7) Did the district court hold an evidentiary hearing?    Yes ☐   No ☒

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

(8) How did the district court rule on your petition/motion?

☐ District court **dismissed** petition/motion. If yes, on what grounds?

_____

☒ District court **denied** petition/motion.

☐ District court **granted** relief. If yes, on what claims and what was the relief?

_____

(9) On what date did the district court decide your petition/motion?

10-12-2007

(10) Did you file an appeal from that disposition? Yes ☒ No ☐

(a) What was the docket number of your appeal?

50492

(b) How did the court of appeals decide your appeal?

DENIED

(11) State concisely each and every ground or issue you wish to raise in your current petition or motion for habeas relief. Summarize briefly the facts supporting each ground or issue.

GROUND #1. Petitioner will provide Facts that Demonstrate good Cause. GROUND #2. Petitioner Counsel performance fell below Standard Reasonableness.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 12                    3                    Rev. 12/01/18

(12) For each ground raised, was it raised in the state courts? If so, what did the state courts rule and when? *(Attach a copy of all relevant state court decisions, if available)* DENIED IN CLARK COUNTY, NEVADA DISTRICT COURT: 10-13-22

THE COURT OF APPEALS OF THE STATE OF NEVADA DENIED: 5-10-23

(13) For each ground/issue raised, was this claim raised in any prior federal petition/motion? *(list each ground separately)*

NO

_____

(14) For each ground/issue raised, does this claim rely on a new rule of constitutional law? *(list each ground separately and give case name and citation for each new rule of law)*

GROUND #1 INEFFECTIVE ASSISTANCE OF COUNSEL AT SENTENCING,

~~~~~~~ Gonzales V. State, 492 P.3d 556 (NEV. 2021) SAME FOR GROUND #2

(15) For each ground/issue raised, does this claim rely on newly discovered evidence? What is the evidence and when did you discover it? Why has this newly discovered evidence not been previously available to you? *(list each ground separately)*

GONZALES V. STATE, 492 P.3d 556 (NEV. 2021) WAS DISCOVERED

TO HELP ACCUSED BEFORE SENTENCING, THE CASE WAS JUST

PUBLISHED IN 2021

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**                                4                                *Rev. 12/01/18*

(16) For each ground/issue raised, does the newly discovered evidence establish your innocence? How?

New legal Basis

(17) For each ground/issue raised, does the newly discovered evidence establish a federal constitutional error? Which provision of the Constitution was violated and how?

6TH and 14TH DUE process and Equal/PROTECTION OF THE law

(18) Provide any other basis for your application not previously stated.

Signature _____   Date 7-25-2023

**In capital cases only**, proof of service on respondent MUST be attached. **A sample proof of service is attached to this form.**

**Attach proposed section 2254 petition or section 2255 motion to this application.**

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 12                                    5                          *Rev. 12/01/18*

Michael A Jones
Name
93343
Prison Number
S.D.C.C. Clark County, Nevada
Place of Confinement

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael A Jones                    , Petitioner,  )
(Full Name)                                       )
            vs.                                    )      CASE NO. _____
                                                   )          (To be supplied by the Clerk)
Gabriella Najera          , Respondent,  )
(Name of Warden, Superintendent, jailor or         )
authorized person having custody of petitioner)    )         **PETITION FOR A**
                                                   )     **WRIT OF HABEAS CORPUS**
            and                                    )     **PURSUANT TO 28 U.S.C. § 2254**
                                                   )     **BY A PERSON IN STATE CUSTODY**
The Attorney General of the State of Nevada         )     ( **NOT** SENTENCED TO DEATH)

-----------------------------------------------

1.    Name and location of court, and name of judge, that entered the judgment of conviction you are
      challenging: Eighth District Judicial court, Department: V                          .

2.    Full date judgment of conviction was entered: 9 / 26 /2006 .  (month/day/year)

3.    Did you appeal the conviction? _X_ Yes ___ No.  Date appeal decided: 10 / 12 / 2007

4.    Did you file a petition for post-conviction relief or petition for habeas corpus in the state court?
      _X_ Yes ___ No.  If yes, name the court and date the petition was filed: Eighth District
      Judicial court       6 / 29 /2007 .  Did you appeal from the denial of the petition for
      post-conviction relief or petition for writ of habeas corpus? _X_ Yes ___ No. Date the appeal
was  decided: 4 / 18 / 2008 Have all of the grounds stated in this petition been presented to the
      state supreme court? _X_ Yes ___ No.  If no, which grounds have not? _____
      _____ .

5.    Date you are mailing (or handing to correctional officer) this petition to this court: 7 / 25 /2023 .
      **Attach to this petition a copy of all state court written decisions regarding this conviction.**

6.  Is this the first federal petition for writ of habeas corpus challenging this conviction?  _X_ Yes
    ___ No.   If no, what was the prior case number ? _____.  And in what court was
the  prior action filed? _____.
    Was the prior action  ___ denied on the merits  or ____ dismissed for procedural reasons  (check
    one).  Date of decision:  ____/____/____.   Are any of the issues in this petition raised in the
    prior petition?  ___ Yes  ___ No.   If the prior case was denied on the merits, has the Ninth
    Circuit Court of Appeals given you permission to file this successive petition?  ___ Yes ___ No.

7.  Do you have any petition, application, motion or appeal (or by any other means) now pending in
    any court regarding the conviction that you are challenging in this action?  ____ Yes  _X_ No.
    If yes, state the name of the court and the nature of the proceedings: _____
    _____

8.  Case number of the judgment of conviction being challenged: _O4C 207469_____.

9.  Length and terms of sentence(s): _LiFE with possiBility of parole_____

10. Start date and projected release date: _11-28-2004 — LiFE_____.

11. What was (were) the offense(s) for which you were convicted: _1 Count OF Second_
    _DegreE MurdEr with the USE OF DeaDly WEapon_____.

12. What was your plea? _X_ Guilty  ___ Not Guilty  ___ Nolo Contendere. If you pleaded guilty
    or nolo contendere pursuant to a plea bargain, state the terms and conditions of the agreement:
    _Two 10 to LiFE oR Two 10 to 25_____.

13. Who was the attorney that represented you in the proceedings in state court?  Identify whether
    the attorney was appointed, retained, or whether you represented yourself *pro se* (without counsel).

| | Name of Attorney | Appointed | Retained | Pro se |
|---|---|---|---|---|
| arraignment and plea | | | | X |
| trial/guilty plea | Scott L. Bindrup | X | | |
| sentencing | Scott L. Bindrup | X | | |
| direct appeal | | | | |
| 1st post-conviction petition | | | | X |
| appeal from post conviction | | | | X |
| 2nd post-conviction petition | JossPH Z. GErstEN | | X | |
| appeal from 2nd post-conviction | | | | X |

2

State concisely every ground for which you claim that the state court conviction and/or sentence is unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 1

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my ___Fifth, Sixth and Fourteenth___ Amendment right to _Effective Assistance, Due Process and Equal protection_ based on these facts:

Gonzales v. State, 492 P.3d 556 (2021) Petitioner argues the Record will show That The Defendant received ineffective assistance of counsel at sentencing. On 8-29-06 petitioner told sentencing Judge That He did not want to go Through with the plea agreement. Sentencing Judge directed Defendance counsel to file a Motion to withdraw guilty plea and a Motion to request plea counsel transcripts. On 7-14-06 defenance counsel logged a copy of The transcripts and told Judge That "He feels he shouldn't file the Motion to withdraw." By not filing The Motion to withdraw the defenance counsel acted as his own agent. Counsel was directed by The Judge to file the Motion and By not doing so counsel proformance fell Below standard. Defense counsel had a strategic Reason to deliberately undermind pititioner request and Judge's directions. This core claim prohibited by N.R.S. 34.810(1)(A) Bars "independent claims Relating to The deprivation of the constitutional Rights That do not allege That guilty plea, Lyons, 100 Nev. at 432 683 P.2d at 506. Gonzales v. State, 492 P.3d 556 (Nev. 2021) now offers a new legal Basis for petitioner to attack The previously unassailable, that their counsel was ineffective at sentencing prior to the decision in gonzales. Petitioner would not have been able to claim He Received ineffective assistance of counsel post plea, at The Time of His sentencing Gonzales v. State, 492 P.3d 556 (Nev. 2021) as a Result petitioner now has new legal Basis and This court should allow petitioner petitioner to Be Heard.

**Exhaustion of state court remedies regarding Ground 1:**

3

‣　　**Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes  _✗_ No.  If no, explain why not: _____

_____.

‣　　**First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

___ Yes  _✗_ No.  If no, explain why not: _____

_____.

If yes, name of court: _____ date petition filed ___/___/___.

Did you receive an evidentiary hearing?  ___ Yes  _✗_ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  _✗_ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

_____.

‣　　**Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes  _✗_ No.  If yes, explain why:  _____

_____.

If yes, name of court: _____ date petition filed ___/___/___.

Did you receive an evidentiary hearing?  ___ Yes  _✗_ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  _✗_ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

_____.

‣　　**Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  _✗_ No.  If yes,

explain:  _____

_____.

**State concisely every ground for which you claim that the state court conviction and/or sentence is**

unconstitutional. Summarize briefly the facts supporting each ground. You may attach up to two extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 2

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my 6TH and 14TH Amendment right to Due process and Equal protection, based on these facts:

Petitioner conviction and sentence are invalid under the 6th and 14th Federal constitutional amendment guarantees of Due process and Equal protection and under the law of Article 1 of the Nevada constitution because prior counsel's performance fell below an objective standard of reasonableness at the post plea sentencing hearing as mandated by Strickland 466 U.S. 668, 104 S. CT. 2055 (1984). Strickland 466 U.S. at 696 "the ultimate focus of the inquiry must be on the fundamental fairness of the proceeding." Id at 696 Nevada adopts the Strickland standard for the effective assistance of counsel. See Hurd V. State, 114 Nev. 182, 188, 953 P.2d 270, 274 (1998) N.R.S. 34.810(1)(A) Does not limit ineffective assistance of counsel claims arising after entry of the guilty plea, as there is no express language. Doing so and those claims are naturally not known at the time the guilty plea is entered. Gonzales V. State, 492 P.3d 556 (Nev. 2021) argues that it is error to decline to consider petitioner's claims that counsel provided ineffective assistance at sentencing as well according to the plea agreement. The sentencing judge use the wrong statute to sentence petitioner and his attorney did not object nor correct the Judicial authority. petitioner counsel made errors which fell below minimum standard of representation undermined confidence in the adversarial outcome which was actual prejudice and deprived petitioner of fundamentally fair proceedings.                WHEREFORE petitioner pray that this court grant petitioner relief to which maybe entitled in this proceeding to include an evidentiary hearing.

**Exhaustion of state court remedies regarding Ground 2:**

▸ **Direct Appeal:**

5

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

___ Yes  _X_ No.  If no, explain why not:  _____

_____.

▸    **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

___ Yes  _X_ No.  If no, explain why not:  _____

_____.

If yes, name of court: _____ date petition filed ___/___/___.

Did you receive an evidentiary hearing? ___ Yes  _X_ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  _X_ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?___ Yes  _X_ No.  If no, explain why not:  _____

_____.

▸    **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes  _X_ No.  If yes, explain why:  _____

_____.

If yes, name of court: _____ date petition filed ___/___/___.

Did you receive an evidentiary hearing? ___ Yes  _X_ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  _X_ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?___ Yes  _X_ No.  If no, explain why not:  _____

_____.

▸    **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  _X_ No.  If yes,

explain:  _____

_____.

**State concisely every ground for which you claim that the state court conviction and/or sentence is**

**unconstitutional.  Summarize briefly the facts supporting each ground.  You may attach up to two**

extra pages stating additional grounds and/or supporting facts. You must raise in this petition all grounds for relief that relate to this conviction. Any grounds not raised in this petition will likely be barred from being litigated in a subsequent action.

## GROUND 3

I allege that my state court conviction and/or sentence are unconstitutional, in violation of my _____ Amendment right to _____,

based on these facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Exhaustion of state court remedies regarding Ground 3:**

▸ **Direct Appeal:**

Did you raise this issue on direct appeal from the conviction to the Nevada Supreme Court?

7

___ Yes  ___ No.  If no, explain why not: _____

_____.

▸    **First Post Conviction:**

Did you raise this issue in a petition for post conviction relief or state petition for habeas corpus?

___ Yes  ___ No.  If no, explain why not: _____

_____.

If yes, name of court: _____ date petition filed ____/____/____.

Did you receive an evidentiary hearing?  ___ Yes  ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  ___ No.  If no, explain why not: _____

_____.

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

_____.

▸    **Second Post Conviction:**

Did you raise this issue in a **second** petition for post conviction relief or state petition for habeas corpus?

___ Yes  ___ No.  If yes, explain why:  _____

_____.

If yes, name of court: _____ date petition filed ____/____/____.

Did you receive an evidentiary hearing?  ___ Yes  ___ No.  Did you appeal to the Nevada Supreme

Court?___ Yes  ___ No.  If no, explain why not:  _____

_____.

If yes, did you raise this issue?___ Yes  ___ No.  If no, explain why not:  _____

_____.

▸    **Other Proceedings:**

Have you pursued any other procedure/process in an attempt to have your conviction and/or

sentence overturned based on this issue (such as administrative remedies)?  ___ Yes  ___ No.  If yes,

explain:  _____

_____.


**WHEREFORE,** petitioner prays that the court will grant him such relief to which he is

entitled in this federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 by a person in

state custody.

8

_____                    _____
(Name of person who wrote this                            (Signature of Plaintiff)
  complaint if not Plaintiff )

                                                         _____
                                                                    (Date)


_____
(Signature of attorney, if any)

_____

_____

_____
(Attorney's address & telephone number)


## DECLARATION UNDER PENALTY OF PERJURY

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.


Executed at _____ on _____.
                            (Location)                                (Date)


_____            _____
            (Signature)                                  (Inmate prison number)


9

## CERTIFICATE OF SERVICE

I, Michael Jones _____, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this 25 day of 7 _____, 2023, I served copies of the WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C.§ 2254 _____ in Case No. _____, and placed said document(s) in the United States Mail, first-class postage prepaid, addressed as follows:

CLERK OF THE COURT
U.S. COURT OF APPEALS FOR 9TH CIR.
PO BOX 193939
SAN FRANCISCO, CA 94119-3939

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at S.D.C.C _____ on this 25 day of 7 _____, 2023

Michael A. Jones   [signature]
NDCC No 93343

Petitioner – In Propria Persona



FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA

Las Vegas P&DC 89199
THU 27 JUL 2023 PM

Michael A. Davis
S.D.C.C. #93343
Po Box 208
Indian Springs NV 89070

Clark of The Court
U.S. Court of Appeals for The 9th
P.O. Box 193939
San Francisco, CA. 94119-3939