UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael A. Jones,<br><br>    Petitioner,<br><br>v.<br><br>Gabriella Najera, *et al*.,<br><br>    Respondents. | Case No. 2:24-cv-00309-GMN-NJK<br><br>**Order Directing Petitioner to File Application to Proceed *in Forma Pauperis* or Pay Filing Fee** |

    The United States Court of Appeals for the Ninth Circuit transferred Michael A. Jones' *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus to this court, concluding that it was not a second and successive petition, and therefore, Jones did not need to seek leave to file it from the appeals court. (ECF Nos. 1, 2.) Jones has not filed an application to proceed *in forma pauperis* or paid the $5.00 filing fee. 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2. The court will give Jones 30 days to either pay the filing fee or submit a fully completed application to proceed *in forma pauperis*, with the signed financial certificate and inmate account statements.

1

     IT IS THEREFORE ORDERED that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis.*

     IT IS FURTHER ORDERED that failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

DATED: 15 March 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE