UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Michael A. Jones, | Case No.: 2:24-cv-00309-GMN-NJK |
|---|---|
| Petitioner | Order Granting Extension of Time to Respond to Petition |
| v. | |
| Gabriella Najera, *et al.*, | (ECF No. 13) |
| Respondents. | |

Respondents ask the Court for an extension of time to respond to Michael A. Jones *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. (ECF No. 13.) Good cause appearing,

It is ordered that Respondents' Motion for Extension of Time to respond to the Petition **(ECF No. 13) is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to December 9, 2024.**

DATED: 10 October 2024.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE